AUSA: Timothy E. Garcia Telephone: (313) 226-9522

AO 91 (Rev. 11/11) Criminal Complaint Officer: Julian Morales Telephone: (313) 810-1963

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.

Victor Manuel RAMIREZ-Tellez,
aka Jose Ramos, aka Victor Manuel Ramos Tellez,
aka Victor Tellez Ramos

Case No. 26-mj-30696

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 29, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. 1326(a) and (b)(1) | Unlawful Re-Entry Following Removal from the United States, Prior Felony Conviction |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

[signature]

*Complainant's signature*

Julian Morales, Deportation Officer

*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

*Judge's signature*

Date: November 3, 2026

City and state: Detroit, MI

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge

*Printed name and title*

# AFFIDAVIT

I, Julian Morales, declare the following under penalty of perjury:

1. I am a Deportation Officer employed with Immigration and Customs Enforcement (ICE) of the United States Department of Homeland Security (DHS), having served with ICE as a Deportation Officer since September 7, 2025. I am assigned to the Detroit Field Office. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers and record checks of law enforcement databases. I have also reviewed relevant immigration records relating to Victor RAMIREZ-Tellez, aka Jose Ramos, aka Victor Manuel Ramos Tellez, aka Victor Tellez Ramos, which reveal the following:

2. Because this affidavit is submitted for the limited purpose of demonstrating probable cause for the issuance of the requested complaint and arrest warrant, it does not contain every fact I know about this case. Based on the facts set forth in this affidavit, there is probable cause to believe that a violation of Title 8, United States Code, Section 1326(a) and (b)(1), unlawful re-entry following removal subsequent to conviction for a felony, has been committed by Victor RAMIREZ-Tellez.

3. RAMIREZ-Tellez is a 42-year-old native and citizen of Mexico who last entered the United States on an unknown date, in approximately 2021, at an unknown place, without inspection by the U.S. Department of Homeland Security.

4. On or about October 23, 1999, RAMIREZ-Tellez was arrested in Hamblen County, Tennessee for Driving While Under the Influence and no Driver's License. On December 9, 1999, RAMIREZ-Tellez was sentenced to 6 months and fined $50.

5. On or about July 14, 2000, RAMIREZ-Tellez was arrested in Hamblen County, Tennessee for the offense of Possession of a Controlled Substance and No Driver's License. On August 23, 2000, RAMIREZ-Tellez was sentenced to 11 months and 29 days

for the controlled substance offense and 6 months for the no driver's license, to be served consecutively, and fined $300 in total fines.

6. On or about August 22, 2000, RAMIREZ-Tellez was arrested in Hamblen County, Tennessee for Possession of Marijuana and Possession of Drug Paraphernalia under the alias Jose Ramos. On August 23, 2000, RAMIREZ-Tellez was to 11 months and 29 days and $250 in fines.

7. On August 28, 2000, RAMIREZ-Tellez was issued a Notice to Appear (I-862) and subsequently ordered removed by an Immigration Judge in Memphis, Tennessee on September 12, 2000. On September 16, 2000, RAMIREZ-Tellez was removed to Mexico via Laredo, Texas.

8. On or about August 12, 2002, RAMIREZ-Tellez was referred to Immigration Enforcement in Memphis in connection with a filing of an I-130. RAMIREZ-Tellez admitted that he had illegally reentered the United States on September 17, 2000, immediately after his removal. RAMIREZ-Tellez was issued a Reinstatement of Deportation Order (I-871) and subsequently removed to Mexico via Laredo, Texas on August 27, 2002.

9. On or about August 30, 2002, RAMIREZ-Tellez was encountered by Border Patrol agents near Naco, Arizona and was granted a voluntary return to Mexico on the same day.

10. On or about September 17, 2002, RAMIREZ-Tellez was arrested in Morristown, Tennessee for Distributing Cocaine (over half a gram). The disposition of this case is currently unknown.

11. On November 6, 2002, RAMIREZ-Tellez was encountered by Immigration and Naturalization Service in Memphis, Tennessee. RAMIREZ-Tellez was issued a Reinstatement of Deportation Order (I-871) and subsequently removed to Mexico via Laredo, Texas on December 10, 2002.

12. On or about March 2, 2004, RAMIREZ-Tellez was arrested by the Novi, Michigan Police Department for driving with a suspended license. On March 10, 2004, RAMIREZ-Tellez was issued a Reinstatement of Deportation Order (I-871) and subsequently removed to Mexico via Hildago, TX on March 16, 2004.

13. On or about June 11, 2004, RAMIREZ-Tellez was encountered by Border Patrol near Douglas, Arizona. RAMIREZ-Tellez was issued a Reinstatement of Deportation Order (I-871) and subsequently removed to Mexico via Nogales, Arizona on June 15, 2004.

14. On or about June 20, 2004, RAMIREZ-Tellez was encountered by Border Patrol near Douglas, Arizona. RAMIREZ-Tellez was issued a Reinstatement of Deportation Order (I-871) and subsequently removed to Mexico via Nogales, Arizona on July 23, 2004.

15. On July 30, 2004, RAMIREZ-Tellez was encountered by Border Patrol near Sierra Vista, Arizona. RAMIREZ-Tellez was issued a Reinstatement of Deportation Order (I-871) and subsequently removed to Mexico via Nogales, Arizona on August 30, 2004.

16. On or about August 7, 2005, RAMIREZ-Tellez was arrested in Martinsburg, West Virginia for Public Intoxication, Battery on a Police Officer, and Fleeing a Police Officer, under the alias Victor Tellez Ramos. On August 25, 2005, he was convicted of Battery on a Police Officer and Fleeing and sentenced to a 90-day suspended sentence.

17. On November 18, 2006, RAMIREZ-Tellez was arrested by the Fairfax County Police in Virginia for Felony Robbery, Assault and Battery, and Driving Under the Influence of Drugs under the alias Victor Ramos Tellez. On or about February 6, 2007, RAMIREZ-Tellez was convicted of Driving while Impaired: Drugs, in violation of Virginia Code § 18.2-266, and sentenced to 90 days

in jail, with 70 days suspended. On or about June 8, 2007, RAMIREZ-Tellez was convicted of Grand Larceny, in violation of Virginia Code § 18.2-95, and sentenced to 2 years in prison, with 1 year and 6 months suspended.

18. On or about June 20, 2007, RAMIREZ-Tellez was turned over to immigration enforcement and processed for reinstatement of his prior removal order.

19. On or about October 29, 2007, RAMIREZ-Tellez was convicted of unlawful reentry in violation of 8 U.S.C. § 1326(a) in the United States District Court for the Eastern District of Virginia and sentenced to 8 months and a one-year term of supervised release with the special condition that the defendant shall not reenter the United States during the term of supervised release. RAMIREZ-Tellez was removed to Mexico via Laredo, Texas on March 21, 2008.

20. On August 15, 2008, while still on supervised release, RAMIREZ-Tellez was encountered by Border Patrol near Douglas, Arizona. On March 31, 2009, RAMIREZ-Tellez was convicted of unlawful reentry in violation of 8 USC § 1326(a) and (b)(1) and sentenced to 15 months in prison and a one-year term of supervised release with the special condition that he shall not re-enter the United States without legal authorization.

21. Also on March 31, 2009, RAMIREZ-Tellez was found to have violated his supervised release in the 2007 Eastern District of Virginia case and was sentenced to 8 months to run consecutive to his sentence for the 2009 conviction in the United States District Court for the District of Arizona.

22. On May 24, 2010, following his release from prison, RAMIREZ-Tellez was removed to Mexico via San Ysidro, California.

23. On or about October 29, 2026, ICE officers found RAMIREZ-Tellez in Detroit, Michigan. Officers were conducting surveillance

on a residence in Detroit seeking another alien known to be unlawfully present in the United States. ICE officers conducted a vehicle stop on a work van. The occupants of the van attempted to flee on foot but were apprehended after a brief chase.

24. At the scene of the arrest, RAMIREZ-Tellez claimed to be a naturalized citizen. However, records checks could not confirm his claim, so he was transported to the Detroit Field Office for intake. At intake, RAMIREZ-Tellez admitted to being an alien illegally present in the United States and indicated that he crossed the border in 2021 on foot near Nogales, Arizona. He declined to provide a sworn statement.

25. At the Detroit Field Office, RAMIREZ-Tellez's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The results revealed that RAMIREZ-Tellez is a citizen of Mexico with the above immigration history who has been previously removed from the United States. The records checks did not provide any evidence that RAMIREZ-Tellez legally entered the United States or had been issued any document or status that would allow him to enter or remain in the United States.

26. The aforementioned arrest was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any non-citizen entering or attempting to enter the United States, or any non-citizen present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of non-citizens.

27. Review of the Alien File (A# xxx xxx 177) for RAMIREZ-Tellez and queries in Department of Homeland Security databases confirm no record exists of RAMIREZ-Tellez, obtaining the express permission of the Attorney General or the Secretary of the

Department of Homeland Security to reapply for admission to the United States.

28. Based on the above information, I believe there is probable cause to conclude that Victor RAMIREZ-Tellez is an alien who was found in the United States, after removal subsequent to conviction for a felony, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to reapply for admission into the United States in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

Julian Morales, Deportation Officer
Immigration and Customs Enforcement

Sworn to before me and signed in my presence and/or by reliable electronic means.

Hon. Elizabeth A. Stafford
United States Magistrate Judge